*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*JAN 31 2014*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY Shy  DEPUTY*

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*JAN 31 2014*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY Shy  DEPUTY*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFREDO OCHOA, | Case No. CV 13-06203 DOC (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| CARL WOFFORD, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is dismissed without prejudice for the reasons set forth in the related Order Dismissing Habeas Petition.

Dated: January 29, 2014

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE